1  NOSSAMAN LLP
   DREW R. HANSEN (SBN 218382)
2  dhansen@nossaman.com
   18101 Von Karman Avenue, Suite 1800
3  Irvine, CA 92612
   Telephone: 949.833.7800
4  Facsimile: 949.833.7878

5  BRUCE J. BOEHM (SBN 186715)
   Bruce.Boehm@crengland.com
6  Associate General Counsel, C.R. England, Inc.
   4701 W. 2100 S.
7  Salt Lake City, UT 84120
   Telephone: 801.977.5745
8  Facsimile: 385.318.2834

9  Attorneys for Defendant
   C.R. ENGLAND, INC.
10

11              **UNITED STATES DISTRICT COURT**

12              **EASTERN DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| 14  FEDERICO MANCILLA, JR, an individual, | Case No:   1:25-cv-00552-KES-CDB |
| 15              Plaintiff, | Hon. Kirk E. Sherriff |
| 16       v. | **ORDER GRANTING JOINT STIPULATION TO SET BRIEFING SCHEDULE ON DEFENDANT C.R. ENGLAND'S TWO PENDING MOTIONS** |
| 17  C.R. ENGLAND, INC., a Utah corporation; JEFFREY L. SARVER, an individual; and | |
| 18  DOES 1 through 20, inclusive, | |
| 19              Defendants. | |
| 20 | Action Filed: April 2, 2025<br>Complaint Served: April 10, 2025<br>Removal Date: May 9, 2025<br>Trial Date: None Set |
| 21 | |

22
23
24
25
26
27
28

**ORDER**

Having considered the parties' joint stipulation, Doc. 11, to (i) extend plaintiff's deadline to file opposition briefs to defendant C.R. England's motion to compel individual arbitration and motion to transfer venue to July 3, 2025 (i.e., 24 days after the two motions were filed) and (ii) extend defendant C.R. England's deadline to file reply briefs in support of said motions to July 24, 2025 (i.e., 21 days after plaintiff's oppositions are due to be filed), and finding good cause for the requests made therein, the Court hereby **ORDERS** as follows:

1. Plaintiff's oppositions to defendant's motion to compel individual arbitration and motion to transfer venue shall be filed on or before July 3, 2025.
2. Defendant's replies in support of its motion to compel individual arbitration and motion to transfer venue shall be filed on or before July 24, 2025.
3. The hearings on defendant's motion to compel individual arbitration and motion to transfer venue remain set for September 8, 2025, at 1:30 p.m., in Courtroom 6.

IT IS SO ORDERED.

Dated:   June 11, 2025

_____
UNITED STATES DISTRICT JUDGE